IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MARCEL TERMURE AND<br>ROXANA TERMURE<br>　　Plaintiffs, | §<br>§<br>§<br>§ | |
| V. | § | Civil Action No. 5:20-CV-176-OLG |
| LIBERTY INSURANCE CORPORATION,<br>　　Defendants | §<br>§<br>§<br>§ | |

**JOINT ALTERNATIVE DISPUTE RESOLUTION REPORT**

　　COME NOW Plaintiffs Marcel Termure and Roxana Termure and Defendant Liberty Insurance Corporation and file this Alternative Dispute Resolution Report.

1.　Status of Settlement Negotiations:  Initial settlement discussions have occurred between the parties.

2.　Person responsible for settlement negotiations:

　　Plaintiff:　　Joseph E. Sampson
　　Defendant:　　David R. Stephens

3.　The parties are amenable to mediation.

4.　Per local rule, the parties have agreed to mediator:

Donald K. Philbin, Jr.
P.O. Box 12367
San Antonio, TX 78212
(210) 212-7100

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ TREAT LLP

_____
David R. Stephens
Attorney-in-Charge
State Bar No. 19146100
dstephens@lstlaw.com
Carol A. Jenson
State Bar No. 10648500
cjenson@lstlaw.com
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: (210) 227-2200
Facsimile:  (210) 227-4602

*Counsel for Defendant Liberty Insurance Corporation*

MCCATHERN, PLLC

By: /s/Joseph E. Sampson
Joseph E. Sampson
State Bar No. 24056260
3710 Rawlins Street Suite 1600
Dallas, TX 75219
Direct: (214) 443-4473
Phone: (214) 741-2662
Fax: (214) 741-4717
jsampson@mccathernlaw.com

*Counsel for Plaintiffs*