# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| MARCEL TERMURE AND § <br> ROXANA TERMURE § <br>     Plaintiffs, § <br> § <br> V. § <br> § <br> LIBERTY INSURANCE CORPORATION, § <br>     Defendants § | Civil Action No. 5:20-CV-176-OLG |

### NOTICE OF FIRM NAME CHANGE EFFECTIVE APRIL 1, 2021

COMES NOW, David R. Stephens with Lindow Stephens Treat LLP, counsel of record for Defendant in the above styled and numbered cause, and files this Notice of Firm Name Change, **effective April 1, 2021**, and would show the Court as follows:

Defendant's counsel shows that the new firm name and contact information is as follows:

Lindow Stephens Schultz LLP
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
Telephone: 210-227-2200
Email: dstephens@lsslaw.com

DAVID R. STEPHENS respectfully requests that all future correspondence and pleadings be addressed to the new firm name and contact information.

Respectfully submitted,

LINDOW ▪ STEPHENS ▪ SCHULTZ LLP

By: _____
David R. Stephens
State Bar No. 19146100
One Riverwalk Place
700 N. St. Mary's Street, Suite 1700
San Antonio, Texas 78205
(210) 227-2200 (telephone)
(210) 227-4602 (facsimile)
dstephens@lsslaw.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically with the United States District Court for the Western District of Texas, San Antonio Division, with notice of case activity to be generated and sent electronically by the Clerk of the Court on this **1st** day of **April 2021**, addressed to those who do not receive notice from the Clerk of the Court.

Joseph E. Sampson
State Bar No. 24056260
McCathern LLPC
3710 Rawlins Street Suite 1600
Dallas, TX 75219
Direct: (214) 730-4535
Phone: (214) 741-2662
Fax: (214) 741-4717
jsampson@mccathernlaw.com

_____
David R. Stephens