**FILED**

August 19, 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **JU**

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| MARCEL TERMURE, | § |
| ROXANA TERMURE, | § |
|     **Plaintiffs,** | § |
| **v.** | § CIVIL ACTION NO. SA-20-CV-176-OLG |
| | § |
| | § |
| **LIBERTY INSURANCE CORPORATION** | § |
|     **Defendant,** | § |

## O R D E R

On this date came on to be considered the status of this cause. After reviewing the file in this case, the Court finds that it will recuse itself from any further proceedings.

Accordingly, it is hereby ORDERED that this action be removed from the docket of the undersigned and randomly reassigned to another Judge.

**SIGNED** this ___9___ day of August, 2021.

_____
**ORLANDO L. GARCIA**
**CHIEF UNITED STATES DISTRICT JUDGE**